UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
351 South West Temple
Salt Lake City, Utah 84101

Robert J. Shelby　　　　　　　　　　　　　　　　　　　　　　　　　(801) 524-6790
District Judge　　　　　　　　　　　　　　　　　　　　　　utdecf_shelby@utd.uscourts.gov



February 4, 2026

Chief Judge Jerome A. Holmes
*Via Email*

Re:　　*Three-Judge Panel Request*

Dear Chief Judge Holmes:

On Monday, February 2, 2026, a new case was filed in the District of Utah, Case Number 2:26-cv-00084-RJS, styled *Powers v. Henderson*. The case was randomly assigned off the court's wheel yesterday. The Prayer for Relief in the Complaint requests, among other things, the court declare that a voting map apportioning Utah's congressional districts ordered in November 2025 by a sitting Utah State District Judge was unconstitutionally imposed. Plaintiffs ask the court to enjoin Utah's Lieutenant Governor, the sole named defendant, from implementing the map for Utah's upcoming 2026 congressional elections. Plaintiffs request the court convene a three-judge panel to hear and decide the case. Under these circumstances, I read 28 U.S.C. §§ 2284(a) and (b)(1) to require me, as the presiding judge in the matter, to immediately notify you as Chief Judge of the Circuit for the purpose of designating two other judges for assignment to the case. In a motion filed yesterday Plaintiffs represent that the filing deadline for the June primary is March 13.

A copy of the Complaint is attached for your consideration.

Respectfully,

Robert J. Shelby
United States District Judge
District of Utah



cc: Leslee Fathallah, Circuit Executive