Sarah Goldberg (13222)
Assistant Solicitor General
David N. Wolf (6688)
Assistant Attorney General
Lance F. Sorenson (10684)
Assistant Attorney General
160 East 300 South, Fifth Floor
P.O. Box 140858
Salt Lake City, Utah 84114-0858
Telephone: 801-366-0533
Email: sgoldberg@agutah.gov
       dnwolf@agutah.gov
       lancesorenson@agutah.gov

*Counsel for Lieutenant Governor Deidre Henderson*

## In the Utah Supreme Court

| | |
|---|---|
| Utah State Legislature, Utah Legislative Redistricting Committee, Senator Scott Sandall, Representative Mike Schultz, and Senator J. Stuart Adams<br>*Defendants-Appellants*,<br><br>v.<br><br>League of Women Voters of Utah, Mormon Women for Ethical Government, Stephanie Condie, Malcom Reid, Victoria Reid, Wendy Martin, Eleanor Sundwall, and Jack Markman,<br>*Plaintiffs-Appellees*<br><br>and<br><br>Lieutenant Governor Deidre Henderson,<br>*Defendant*. | **Response to Motion for Stay of Permanent Injunction**<br><br><br>Case No. 20260019–SC<br><br>Trial Court Case No. 220901712 |

Lieutenant Governor Deidre Henderson provides the following response to the Legislative Defendants' Motion for Stay of Permanent Injunction. Because she is the state's chief elections officer and tasked with conducting federal Congressional elections, the Lieutenant Governor is a nominal defendant in this lawsuit. *See* Utah Code §§ 20A-1-105(1), 20A-13-102(2), 20A-13-102.2. The Lieutenant Governor did not take a position in the proceedings at the district court other than to inform the court of relevant deadlines and processes. And she does not intend to take a position in this appeal either. Her sole interest is in ensuring that she and the county clerks can effectively perform their duties and that the 2026 federal Congressional election runs smoothly.

To that end, as directed by the district court in its November 10, 2025 order, the Lieutenant Governor and the county clerks have been preparing to administer the 2026 federal Congressional election pursuant to Plaintiffs' Map 1, as modified by the November 21, 2025 Order Clarifying Boundary Issues. In their Motion, the Legislative Defendants seek a stay of the district court's order enjoining H.B. 2004—the 2021 law that enacted the boundaries for the federal congressional districts that were used in the 2022 and 2024 elections (the 2021 Map). If this Court determines that the 2021 Map should be used, the Lieutenant Governor and the county clerks need sufficient time to change course and work to implement that map instead.

In a special session after the district court's rulings, the Legislature enacted S.B. 2001, which changed the candidate filing period for the 2026 Congressional election to March 9-13, 2026. Utah Code § 20A-9-201.5(2). To effectively administer the 2026 Congressional election, the Lieutenant Governor and the county clerks must know no later than two weeks before the start of this filing period, by **February 23, 2026**, if they must change course and administer the election under the 2021 Map.

DATED January 29, 2026

                                          Respectfully submitted,

                                          /s/ Sarah Goldberg
                                        Sarah Goldberg
                                        Assistant Solicitor General
                                        *Counsel for Lieutenant Governor Deidre Henderson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2026, I filed the foregoing **Response to Motion for Stay of Permanent Injunction** via efiling and served a copy via email on the following:

Victoria S. Ashby
vashby@le.utah.gov
Tyler R. Green
tyler@consovoymccarthy.com
Christine R. Gilbert
cgilbert@le.utah.gov
Alan R. Houston
ahouston@le.utah.gov
Taylor A.R. Meehan
taylor@consovoymccarthy.com
Frank H. Chang
frank@consovoymccarthy.com
Marie E. Sayer
mari@consovoymccarthy.com
Soren Geiger
soren@consovoymccarthy.com
Olivia Rogers
orogers@consovoymccarthy.com

*Counsel for Utah State Legislature, Scott Sandall, Brad Wilson, Stuart Adams, and Utah Legislative Redistricting*

David C. Reymann
dreymann@parrbrown.com
Aseem B. Mulji
amulji@campaignlegalcenter.org
Annabelle E. Harless
aharless@campaignlegalcenter.org
J. Frederic Voros, Jr.
fvoros@zbappeals.com
Troy L. Booher
tbooher@zbappeals.com
Caroline A. Olsen
colsen@zbappeals.com

Mark P. Gaber
mgaber@campaignlegalcenter.org
Kade N. Olsen
kolsen@parrbrown.com
Benjamin Phillips
bphillips@campaignlegalcenter.org
Issac Desanto
idesanto@campaignlegalcenter.org
Cheylynn Hayman
chayman@parrbrown.com

*Counsel for Mormon Women for Ethical Government, Malcom Reid, Victoria Reid, Stephanie Condie, Eleanor Sundwall, Dale Cox, League of Women Voters of Utah, Jack Markman, and Wendy Martin*

Dallin Holt
dholt@holtzmanvogel.com

*Counsel for Aaron Davidson, Utah County Clerk*

                                                /s/ *Kehly Gwynn*
                                                Kehly Gwynn
                                                Legal Assistant