# Cheylynn Hayman

**From:** Mark Gaber <MGaber@campaignlegalcenter.org>
**Sent:** Friday, February 6, 2026 3:19 PM
**To:** jphillips@schaerr-jaffe.com; tlindley@schaerr-jaffe.com; gschaerr@schaerr-jaffe.com; jmiller@schaerr-jaffe.com; ahoidal@agutah.gov
**Cc:** David C. Reymann; Cheylynn Hayman; Kade Olsen; Fred Voros; Troy L. Booher; Caroline Olsen; Annabelle Harless; Aseem Mulji; Benjamin Phillips; Isaac DeSanto
**Subject:** Powers Gardner v. Henderson - Intervention Motion

Counsel—

I represent the plaintiffs in *League of Women Voters of Utah, et al. v. Utah State Legislature, et al.*, which is pending in Utah state court. My clients intend to move to intervene in the above-referenced federal court action.

Could you please let me know your position on that motion?

Thanks,
Mark Gaber


Mark Gaber
Senior Director, Redistricting

202.736.2202 | @markpgaber

Campaign Legal Center
1101 14th St. NW Suite 400
Washington, DC 20005
campaignlegalcenter.org



Facebook | Twitter

1