Outlook

---

Activity in Case 2:26-cv-00084-RJS Powers Gardner et al v. Henderson Motion to Expedite

---

**From** utd_enotice@utd.uscourts.gov <utd_enotice@utd.uscourts.gov>

**Date** Sat 2/7/2026 1:43 AM

**To** ecf_notice@utd.uscourts.gov <ecf_notice@utd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.**

**\*\*\*NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS\*\*\* The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under "Notice has been d elivered by other means to. . . ". The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the "Notice has been delivered by other means to. . . " states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**

The following transaction was entered by Phillips, James on 2/6/2026 at 11:42 PM MST and filed on 2/6/2026

| | |
|---|---|
| **Case Name:** | Powers Gardner et al v. Henderson |
| **Case Number:** | 2:26-cv-00084-RJS |
| **Filer:** | Tracy Glover |
| | Jimmie Hughes |
| | Victor Iverson |
| | Chad Jensen |
| | Celeste Maloy |
| | Lori Maughan |
| | Greg Miles |
| | Burgess Owens |
| | Clint Painter |
| | Tammy Pearson |
| | Amelia Powers Gardner |
| | Mike Smith |
| | Adam Snow |

**Document Number:** 14

**Docket Text:**
**MOTION to Expedite Briefing and Hearing for Plaintiffs' Motion for Preliminary Injunction and**

**Memorandum in Support *[Unopposed]* filed by Plaintiffs Tracy Glover, Jimmie Hughes, Victor Iverson, Chad Jensen, Celeste Maloy, Lori Maughan, Greg Miles, Burgess Owens, Clint Painter, Tammy Pearson, Amelia Powers Gardner, Mike Smith, Adam Snow. (Phillips, James)**

**2:26-cv-00084-RJS Notice has been electronically mailed to:**

Anikka Hoidal      ahoidal@agutah.gov, asiareid@agutah.gov, mchristesen@agutah.gov

James Cleith Phillips      jphillips@schaerr-jaffe.com, krobinson@schaerr-jaffe.com

Tyler Lindley      tlindley@schaerr-jaffe.com

**2:26-cv-00084-RJS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=2/6/2026] [FileNumber=6411921-0]
[5099566bb47cebd00bca8ae6ef02105e9a2a091945d2120e388735601c1de653ddae
7aa3cbd3c27d58c2d1e0a774c048cd6ec60e0ce3803ed6a6549088b4c9a2]]