# EXHIBIT A

**THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT**
**SALT LAKE, STATE OF UTAH**
**LEAGUE OF WOMEN VOTERS OF UTAH, et al. vs. UTAH STATE LEGISLATURE, et al.**

CASE NUMBER 220901712 - Civil Rights

CURRENT ASSIGNED JUDGE: DIANNA GIBSON

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Defendant | UTAH STATE LEGISLATURE | ROBERT REES<br>JOHN FELLOWS<br>ERIC WEEKS<br>THOMAS VAUGHN<br>TYLER GREEN<br>VICTORIA ASHBY<br>CHRISTINE GILBERT<br>ALAN HOUSTON<br>MICHAEL CURTIS<br>SOREN GEIGER<br>OLIVIA ROGERS<br>James P McGlone<br>MARIE E SAYER |
| Defendant | UTAH LEGISLATIVE REDISTRICTING | ROBERT REES<br>JOHN FELLOWS<br>ERIC WEEKS<br>THOMAS VAUGHN<br>TYLER GREEN<br>VICTORIA ASHBY<br>CHRISTINE GILBERT<br>ALAN HOUSTON<br>MICHAEL CURTIS<br>SOREN GEIGER<br>OLIVIA ROGERS<br>James P McGlone<br>MARIE E SAYER |
| Defendant | SCOTT SANDALL | ROBERT REES<br>JOHN FELLOWS<br>ERIC WEEKS<br>THOMAS VAUGHN<br>TYLER GREEN<br>VICTORIA ASHBY<br>CHRISTINE GILBERT<br>ALAN HOUSTON<br>MICHAEL CURTIS<br>SOREN GEIGER<br>OLIVIA ROGERS<br>James P McGlone |
| Defendant | BRAD WILSON | ROBERT REES<br>JOHN FELLOWS<br>ERIC WEEKS<br>THOMAS VAUGHN<br>TYLER GREEN<br>VICTORIA ASHBY<br>CHRISTINE GILBERT<br>ALAN HOUSTON<br>MICHAEL CURTIS<br>SOREN GEIGER<br>OLIVIA ROGERS<br>James P McGlone |

| | |
|---|---|
| October 28, 2025 | Filed: Return of Electronic Notification |
| October 28, 2025 | Filed: Return of Electronic Notification |
| October 29, 2025 | Filed: Legislative Defendants Proposed Findings of Fact and Conclusions of Law |
| October 29, 2025 | Filed: Return of Electronic Notification |
| October 29, 2025 | Filed: Plaintiffs Proposed Findings of Fact and Conclusions of Law |
| October 29, 2025 | Filed: Transcript of 10/23 Evidentiary Hearing (Rough) |
| October 29, 2025 | Filed: Transcript of 10/24 Evidentiary Hearing (Rough) |
| October 29, 2025 | Filed: Reply in Support of Plaintiffs Motion for Preliminary Injunction on Counts 16-21 of Third Supplemental Complaint |
| October 29, 2025 | Filed: Request/Notice to Submit (1) Motion for Leave to File Third Supplemental Complaint, and (2) Motion for Preliminary Injunction on Counts 16-21 of Third Supplemental Complaint |
| October 29, 2025 | Filed: Order (Proposed) Granting Plaintiffs Motion for Leave to File Third Supplemental Complaint |
| October 29, 2025 | Filed: Return of Electronic Notification |
| October 29, 2025 | Filed: Return of Electronic Notification |
| November 03, 2025 | Filed: Request and Order For Electronic Media Coverage of Court Proceedings |
| November 03, 2025 | Filed: Final Transcript of Evidentiary Hearing (Day 1) |
| November 03, 2025 | Filed: Final Transcript of Evidentiary Hearing (Day 2) |
| November 03, 2025 | Filed: Return of Electronic Notification |
| November 03, 2025 | Filed: Notice of Plaintiff's Hand Delivered Flash Drive |
| November 03, 2025 | Filed: Return of Electronic Notification |
| November 04, 2025 | Filed: Audio Request Media/MP3 |
| November 04, 2025 | Fee Account created |
| November 04, 2025 | Fee Payment |
| November 04, 2025 | Filed: Return of Electronic Notification |
| November 04, 2025 | ORAL ARUGMENT |
| November 05, 2025 | Filed: Minute Entry |
| November 05, 2025 | Filed: Plaintiffs Submission in Response to November 5, 2025 Minute Entry |
| November 05, 2025 | Filed: Return of Electronic Notification |
| November 05, 2025 | Filed: Plaintiffs Proposed Findings of Fact and Conclusions of Law (Final Transcript Citations) |
| November 05, 2025 | Filed: Return of Electronic Notification |
| November 06, 2025 | Filed: Return of Electronic Notification |
| November 06, 2025 | Filed: Legislative Defendants Amended Proposed Findings of Fact and Conclusions of Law |
| November 06, 2025 | Filed: Return of Electronic Notification |
| November 07, 2025 | Filed: Letter to the Court Regarding Legislative Record Citation and Flash Drives |
| November 07, 2025 | Filed: Return of Electronic Notification |
| November 10, 2025 | Filed: Ruling and Order |
| November 11, 2025 | Filed: Order Granting Plaintiffs Motion for Leave to File Third Supplemental Complaint |
| November 11, 2025 | Filed: Return of Electronic Notification |
| November 11, 2025 | Filed: Return of Electronic Notification |
| November 13, 2025 | Filed: Notice of Conventional Filing of Flash Drive Containing Map 1 Shapefile |
| November 13, 2025 | Filed: Return of Electronic Notification |
| November 13, 2025 | Filed: Letter to the Court Regarding ShapeFile for Map 1 Flash Drive Delivery |
| November 13, 2025 | Filed: Notice of Delivery of Shapefile for Map 1 |
| November 13, 2025 | Filed: Lieutenant Governor Deidre Henderson s Notice of Receipt of Court-Approved Source GIS Data for Map 1 |
| November 13, 2025 | Filed: Return of Electronic Notification |
| November 13, 2025 | Filed: Return of Electronic Notification |
| November 14, 2025 | Filed: TRANSADMIN TRANSCRIPT for Hearing 11-04-2025 |

| | |
|---|---|
| November 14, 2025 | Filed: Return of Electronic Notification |
| November 17, 2025 | Filed: Audio Request Media/MP3 |
| November 17, 2025 | Fee Account created |
| November 17, 2025 | Fee Payment |
| November 17, 2025 | Filed: Return of Electronic Notification |
| November 18, 2025 | Filed: Request/Notice to Submit for Decision: Lt. Governor Henderson s Notice of Boundary Issues and 52(b) Motion for Clarification |
| November 18, 2025 | Filed: Declaration of Mark Mitchell in Support of Lieutenant Governor Deidre Henderson s Notice of Boundary Issues and Motion for Clarification |
| November 18, 2025 | Filed: Notice of Boundary Issues and Rule 52(b) Motion for Clarification (Expedited Decision Requested) |
| November 18, 2025 | Filed: Return of Electronic Notification |
| November 19, 2025 | Filed: Plaintiffs Submission in Response to Lieutenant Governor s Notice of Boundary Issues and Motion |
| November 19, 2025 | Filed: Affidavit/Declaration of Dr. Jowei Chen in Support of Plaintiffs Response to Lieutenant Governor s Notice of Boundary Issues and Motion |
| November 19, 2025 | Filed: Return of Electronic Notification |
| November 19, 2025 | BOUNDARY/CLARIFICATION HEARIN 11/19/2025 |
| November 19, 2025 | NOTICE for Case 220901712 ID 25861630 |
| November 19, 2025 | BOUNDARY/CLARIFICATION HEARIN 11/19/2025 |
| November 19, 2025 | NOTICE for Case 220901712 ID 25861640 |
| November 19, 2025 | Filed: Notice for Case 220901712 CR Judge: DIANNA GIBSON |
| November 19, 2025 | Filed: Notice for Case 220901712 CR Judge: DIANNA GIBSON |
| November 19, 2025 | Filed: Order (Proposed) Clarifying Boundary Issues Raised by Lieutenant Governor |
| November 19, 2025 | Filed: Return of Electronic Notification |
| November 19, 2025 | BOUNDARY/CLARIFICATION HEARING |
| November 19, 2025 | Filed: Audio Request Media/MP3 for November 4th Hearing |
| November 19, 2025 | Fee Account created |
| November 19, 2025 | Fee Payment |
| November 19, 2025 | Filed: Return of Electronic Notification |
| November 19, 2025 | Filed: Legislative Defendants Response to Lieutenant Governor s Notice of Boundary Issues and Rule 52(b) Motion for Clarification |
| November 19, 2025 | Filed: Exhibit A to Legislative Defendants Response--Declaration of Michael Barber |
| November 19, 2025 | Filed: Return of Electronic Notification |
| November 19, 2025 | Filed: Return of Electronic Notification |
| November 20, 2025 | Filed: Defendant Lt. Governor Henderson s Supplemental Brief Re: Her Rule 52(b) Motion for Clarification |
| November 20, 2025 | Filed: Return of Electronic Notification |
| November 20, 2025 | Filed: Audio Request Media/MP3 for November 19th Hearing |
| November 20, 2025 | Fee Account created |
| November 20, 2025 | Fee Payment |
| November 20, 2025 | Filed: Return of Electronic Notification |
| November 20, 2025 | Filed: Plaintiffs Submission in Response to Lieutenant Governor s November 20 Supplemental Brief |
| November 20, 2025 | Filed: Affidavit/Declaration Second Declaration of Dr. Oskooii re Boundary Issues |
| November 20, 2025 | Filed: Affidavit/Declaration Second Declaration of Dr. Chen re Boundary Issues |
| November 20, 2025 | Filed: Order (Proposed) Clarifying Boundary Issues Raised by Lieutenant Governor |
| November 20, 2025 | Filed: Return of Electronic Notification |
| November 20, 2025 | Filed: Plaintiffs Response to Legislative Defendants Response to Lieutenant Governor s Notice of Boundary Issues and Rule 52(b) Motion for Clarification |
| November 20, 2025 | Filed: Return of Electronic Notification |
| November 21, 2025 | Filed: Notice of Conventional Filing of Map 1A Shapefile |
| November 21, 2025 | Filed: Return of Electronic Notification |

| | |
|---|---|
| November 21, 2025 | Filed: Order Clarifying Boundary Issues Raised by Lieutenant Governor |
| November 21, 2025 | Filed: Return of Electronic Notification |
| November 21, 2025 | Filed: Notice of Delivery for Flashdrive Containing Shapefile for Map 1A |
| November 21, 2025 | Filed: Plaintiffs' Conventional Filing of Map1A Shapefile (Conventionally Filed) |
| November 21, 2025 | Filed: Return of Electronic Notification |
| November 22, 2025 | Filed: Plaintiffs Supplemental Response to Legislative Defendants Response to Lieutenant Governor s Notice of Boundary Issues and Rule 52(b) Motion for Clarification |
| November 22, 2025 | Filed: Return of Electronic Notification |
| November 24, 2025 | Filed: Return of Electronic Notification |
| December 05, 2025 | Filed: Ruling Regarding November 21, 2025 Order Clarifying Boundary Issues And Denying Legislative Defendants' Request For Reconsideration And For A Stay |
| December 05, 2025 | Filed: Return of Electronic Notification |
| December 09, 2025 | Filed: Motion for entry of final judgment (expedited consideration requested) |
| December 09, 2025 | Filed: Ex 1 Proposed Final Judgment |
| December 09, 2025 | Filed: Ex 2 Plaintiffs Email |
| December 09, 2025 | Filed: Request/Notice to Submit Legislative Defendants motion for entry of final judgment (expedited consideration requested) |
| December 09, 2025 | Filed: Order (Proposed) granting expedited consideration |
| December 09, 2025 | Filed: Return of Electronic Notification |
| December 11, 2025 | Filed: Motion for Rule 54(b) Certification (expedited consideration requested) |
| December 11, 2025 | Filed: Exhibit 1 |
| December 11, 2025 | Filed: Motion for expedited consideration of Legislative Defendants motion for Rule 54(b) certification |
| December 11, 2025 | Filed: Request/Notice to Submit Legislative Defendants motion for expedited consideration of the motion for Rule 54(b) certification |
| December 11, 2025 | Filed: Order (Proposed) granting expedited consideration of the motion for Rule 54(b) certification |
| December 11, 2025 | Filed: Return of Electronic Notification |
| December 11, 2025 | Filed: Return of Electronic Notification |
| December 12, 2025 | Filed: Opposition to Legislative Defendants Motion for Entry of Final Judgment |
| December 12, 2025 | Filed: Return of Electronic Notification |
| December 14, 2025 | Filed: Reply to Plaintiffs Opposition to Legislative Defendants Motion for Entry of Final Judgment |
| December 14, 2025 | Filed: Return of Electronic Notification |
| December 16, 2025 | Filed: Minute Entry re: Briefing Schedule and Rulings on the Pending Motions for Entry of Final Judgment and For Rule 54(B) Certification |
| December 16, 2025 | Filed: Return of Electronic Notification |
| December 17, 2025 | Filed: Opposition to Legislative Defendants Motion for Rule 54(b) Certification |
| December 17, 2025 | Filed: Return of Electronic Notification |
| December 18, 2025 | Filed: Reply in support of motion for Rule 54(b) certification |
| December 18, 2025 | Filed: Return of Electronic Notification |
| December 22, 2025 | Filed: Court Correspondence |
| December 22, 2025 | MOTION HEARING     set on 12/22/2025 |
| December 22, 2025 | NOTICE for Case 220901712 ID 25938471 |
| December 22, 2025 | Filed: Notice for Case 220901712 CR Judge: DIANNA GIBSON |
| December 22, 2025 | CLARIFICATION HEARING |
| December 22, 2025 | Filed: Audio Request Media/MP3 Expedited Request for Copy of Audio Record |
| December 22, 2025 | Fee Account created |
| December 22, 2025 | Fee Payment |
| December 22, 2025 | Filed: Return of Electronic Notification |
| December 22, 2025 | Filed: Return of Electronic Notification |
| December 23, 2025 | Filed: Legislative Defendants Notice of Supplemental Authority and Clarification |

| | |
|---|---|
| December 23, 2025 | Filed: Return of Electronic Notification |
| December 23, 2025 | Filed: Plaintiffs Response to Legislative Defendants Notice of Supplemental Authority and Clarification |
| December 23, 2025 | Filed: Return of Electronic Notification |
| December 26, 2025 | Filed: Ruling and Order Denying Legislative Defendants' Motion for Entry of Final Judgment and Granting Legislative Defendants' Motion for Rule of Certification |
| December 26, 2025 | Filed: Return of Electronic Notification |
| December 29, 2025 | Filed: Other - Not Signed Order (Proposed) Clarifying Boundary Issues Raised by Lieutenant Governor |
| December 29, 2025 | Filed: Return of Electronic Notification |
| December 30, 2025 | Filed: Other - Not Signed Order (Proposed) granting expedited consideration of the motion for Rule 54(b) certification |
| December 30, 2025 | Filed: Other - Not Signed Order (Proposed) granting expedited consideration |
| December 30, 2025 | Filed: Return of Electronic Notification |
| December 30, 2025 | Filed: Return of Electronic Notification |
| January 05, 2026 | Filed: Objection to Legislative Defendants Proposed Certification as Final Judgment Under Rule 54(b) |
| January 05, 2026 | Filed: Exhibit 1 - Legislative Defendants Proposed Judgment |
| January 05, 2026 | Filed: Exhibit 2 - Redline of Judgment Showing Plaintiffs Changes |
| January 05, 2026 | Filed: Judgment (Proposed) Exhibit 3 - Clean Version of Judgment Incorporating Plaintiffs Changes |
| January 05, 2026 | Filed: Return of Electronic Notification |
| January 05, 2026 | Filed: Legislative Defendants Reply in Support of Proposed Rule 54(b) Judgment |
| January 05, 2026 | Filed: Exhibit A - Legislative Defendants Amended Proposed Judgment |
| January 05, 2026 | Filed: Exhibit B - Redline of Legislative Defendants Proposed Judgment |
| January 05, 2026 | Filed: Return of Electronic Notification |
| January 06, 2026 | Filed: Judgment Rule 54(b) Certified Judgment |
| January 06, 2026 | Judgment Entered - Amount $0.00 |
| January 06, 2026 | Filed: Return of Electronic Notification |
| January 07, 2026 | Filed: Notice of Appeal - Civil (not Interlocutory) Legislative Defendants Notice of Appeal |
| January 07, 2026 | Fee Account created |
| January 07, 2026 | Filed: Return of Electronic Notification |
| January 08, 2026 | Filed: Supreme Court of Utah Letter dated 1-7-2026 - (Appeal filed - Case #20260019-SC should be indicated on future filings) |
| January 08, 2026 | Filed: Return of Electronic Notification |

**Account Summary**

| Account | Details | | | | |
|---|---|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT 0K-2K | Amount Due: | $ | 90.00 | | |
| | Amount Paid: | $ | 90.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | Balance: | * $ 0.00 |
| REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | Balance: | * $ 0.00 |
| REVENUE DETAIL - TYPE: FLOPPY DISK COPY | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | Balance: | * $ 0.00 |