FILED
United States Court of Appeals
Tenth Circuit

February 9, 2026

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| IN RE: APPOINTMENT OF THREE-JUDGE PANEL PER 28 U.S.C. § 2284(a). | No. 95-01 |

**ORDER**

---

Before **HOLMES**, Chief Circuit Judge.

---

Upon notification from Judge Robert J. Shelby of the United States District Court for the District of Utah, this matter is before the court to appoint a panel to hear the matter designated as *Powers v. Henderson*, D. Utah No. 2:26-cv-84. *See* 28 U.S.C. § 2284(a) and (b) (requiring the Chief Judge of the Circuit to appoint a district court panel of three judges where a complaint is filed challenging the constitutionality of the apportionment of congressional districts or state legislative body).

In response to the request, I appoint United States Court of Appeals Judge Timothy M. Tymkovich, United States District Court Judge for the District of Utah Robert J. Shelby, and United States District Court Judge for the District of Kansas Holly L. Teeter to constitute the panel designated to hear this matter. In this regard, the provisions of 28 U.S.C. § 2284(b)(2) and (3) shall apply. This designation shall remain in full force and effect for the duration of the proceedings in D. Utah No. 2:26-cv-84. The Clerk of this court is directed to forward a copy of this order to the Clerk of the United States District Court for the District of Utah for the placement on the docket.

Entered for the Court

*[signature]*

Per Curiam