DAVID N. WOLF (6688)
LANCE SORENSON (10684)
ANIKKA HOIDAL (16489)
Assistant Utah Attorneys General
Office of the Utah Attorney General
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
lancesorenson@agutah.gov
ahoidal@agutah.gov

*Counsel for Defendant Lt. Governor Henderson*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COMMISSIONERS AMELIA POWERS GARDNER, a registered Utah voter and elected official, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>*Defendant*. | **DEFENDANT LIEUTENANT GOVERNOR DEIDRE HENDERSON'S NOTICE OF 2026 CONGRESSIONAL ELECTION TIMELINE**<br><br>Case No. 2:26-cv-00084-RJS-JCB<br><br>Judge Timothy M. Tymkovich<br>Judge Robert J. Shelby<br>Judge Holly L. Teeter<br>Magistrate Judge Jared C. Bennett |

Defendant Lieutenant Governor Deidre Henderson submits this notice of the 2026 Congressional election timeline to inform the Court and the parties of deadlines and prior changes of deadlines for the 2026 Congressional election.

The Lieutenant Governor is the State of Utah's chief election officer. Utah Code § 20A-1-105. She is statutorily obligated to make available to county clerks and the general public Congressional district maps submitted to her by the Legislature. *Id.* §§ 20A-13-102(2), 102.2. These maps provide the legal boundaries of Utah's Congressional districts. *Id.* §§ 20A-13-102(2), 102.2. The Lieutenant Governor and county clerks are statutorily obligated to conduct elections pursuant to those maps, unless otherwise ordered by a court of competent jurisdiction. *Id.* §§ 20A-13-102(2), 102.2.

On November 10, 2025, a Utah state district court judge issued an order in an ongoing state redistricting case. *See* Ruling & Order, *League of Women Voters of Utah v. Utah State Legislature*, No. 220901712 (Utah 3d Dist. Ct. Nov. 10, 2025) ("Order"), attached as Exhibit 1. The district court ordered that "Map 1" be the operative map for the 2026 Congressional election. *See* Order at 89. And the district court ordered the Lieutenant Governor to administer the 2026 Congressional election in accordance with Map 1. *See id.*

In a special session of the Utah Legislature after the Order was issued, the Legislature enacted S.B. 2001, which changed the candidate filing period for the 2026 Congressional election to March 9-13, 2026. *See* Utah Code § 20A-9-201.5(2). To effectively administer the 2026 Congressional election, the Lieutenant Governor and county clerks must know no later than two weeks before the start of this filing period, by **February 23, 2026**, if they must change course and administer the election under a map other than Map 1. As of now, the Lieutenant Governor is prepared to administer the 2026 Congressional election pursuant to Map 1 based on her statutory duties and the state district court's Order. If the map were to change, the only other possible map to use for the 2026 Congressional election would be the Congressional map used

for the 2022 and 2024 election cycles ("2021 Map"). Any other map would be impossible to implement prior to the beginning of the March 2026 Congressional filing period. The 2021 Map is the last map to have been implemented by the Utah Legislature. If the Court were to order that the 2026 Congressional election be administered under the 2021 Map, the Lieutenant Governor and her office would need, at minimum, nine business days to reimplement and revert back to the 2021 Map.

The nine days are necessary because of the administrative tasks the Lieutenant Governor and her office must perform to reimplement the 2021 Map, if that change must be made. These administrative tasks include the logistics of changing the counties' maps to ensure voters are assigned to the correct voting district. To change the map from Map 1 to the 2021 Map, the Lieutenant Governor and her office would have to first notify the Utah Geospatial Resource Center of the change. Declaration of Daniel Wade ¶ 5, attached as Exhibit 2. The Utah Geospatial Resource Center would then have to reinstate the 2021 Map into their database. *Id.* ¶ 6. That reinstatement involves reinstating the map used for each of Utah's 29 counties within the larger 2021 Map. *Id.* ¶ 7. Each county's map would be uploaded into an election management system. *Id.* ¶ 8. Due to file size limitations, the 29 county maps cannot be uploaded at the same time. *Id.* ¶ 9. The uploading time for larger counties can take many hours to complete. *Id.* In total, this uploading process requires days to complete. *Id.* Once the maps are uploaded to the election management system, each county then reassigns their precincts to the appropriate Congressional district. *Id.* ¶ 10. This process is manual and involves thousands of precincts statewide. *Id.* These assignments then must be proofread to ensure that all voters have been moved to the appropriate districts. *Id.* ¶ 11. In total, these tasks will take nine business days and

must be completed before the Congressional filing period begins on March 9, 2026 at 8:00 a.m. *See id.* ¶ 12. To implement any map other than Map 1 or the 2021 Map by the beginning the Congressional filing period would not be feasible. *Id.* ¶ 13.

Thus, **February 23, 2026** is the deadline by which the Lieutenant Governor requires a final decision on which map to use to administer the 2026 Congressional election.

DATED: February 11, 2026

OFFICE OF THE UTAH ATTORNEY GENERAL

*/s/ Anikka Hoidal*
DAVID N. WOLF
LANCE SORENSON
ANIKKA HOIDAL
Assistant Utah Attorneys General
*Counsel for Defendant Lt. Gov. Henderson*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11th, 2026, I served the foregoing, *Defendant Lt. Gov Deidre Henderson's Notice of 2026 Congressional Election Timeline,* using the Court's electronic filing system, which gave notice to the following:

Tyler Lindley
SCHAERR JAFFE LLP
299 S MAIN ST STE 1300
SALT LAKE CITY, UT 84111
202-787-1060
Fax: 202-776-0136
Email: tlindley@schaerr-jaffe.com

James Cleith Phillips
SCHAERR JAFFE
1717 K ST NW STE 900
WASHINGTON, DC 20006
202-787-1060
Email: jphillips@schaerr-jaffe.com

Gene C. Schaerr
SCHAERR JAFFE LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006
202-787-1060
Fax: 202-776-0136
Email: gschaerr@schaerr-jaffe.com

Justin A. Miller
SCHAERR JAFFE LLP
1717 K STREET NW STE 900
WASHINGTON, DC 20006
Email: jmiller@schaerr-jaffe.com

Caroline Anais Olsen
ZIMMERMAN BOOHER LLC
341 S MAIN ST 4TH FL
SALT LAKE CITY, UT 84111
801-924-0200
Email: colsen@zbappeals.com

David C. Reymann
PARR BROWN GEE & LOVELESS
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532-7840
Email: dreymann@parrbrown.com

J. Frederic Voros , Jr.
ZIMMERMAN BOOHER LLC
341 S MAIN ST 4TH FL
SALT LAKE CITY, UT 84111
(801)924-0200
Email: fvoros@zbappeals.com

Kade N. Olsen
PARR BROWN GEE & LOVELESS
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
801-532-7840
Fax: 801-532-7750
Email: Kolsen@parrbrown.com

Troy L. Booher
ZIMMERMAN BOOHER LLC
341 S MAIN ST 4TH FL
SALT LAKE CITY, UT 84111
(801) 924-0200
Email: tbooher@zjbappeals.com

Annabelle Harless
CAMPAIGN LEGAL CENTER
55 W MONROE STREET STE 1925
CHICAGO, IL 60603
202-736-2200
Email: aharless@campaignlegalcenter.org

Benjamin Phillips
CAMPAIGN LEGAL CENTER
1101 14TH STREET NW STE 400
WASHINGTON, DC 20005
202-683-4895
Email: bphillips@campaignlegalcenter.org

Cheylynn Hayman
PARR BROWN GEE & LOVELESS
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532-7840
Email: chayman@parrbrown.com

Isaac DeSanto
CAMPAIGN LEGAL CENTER
1101 14TH STREET NW STE 400
WASHINGTON, DC 20005
(202) 736-2200

Mark P. Gaber
CAMPAIGN LEGAL CENTER
1101 14TH STEET NW STE 400
WASHINGTON, DC 20005
202-736-2200
Email: mgaber@campaignlegalcenter.org

*/s/ Asia Reid*
ASIA REID
Paralegal

2