DAVID N. WOLF (6688)
LANCE SORENSON (10684)
ANIKKA HOIDAL (16489)
Assistant Utah Attorneys General
Office of the Utah Attorney General
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
lancesorenson@agutah.gov
ahoidal@agutah.gov

*Counsel for Defendant Lt. Governor Henderson*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COMMISSIONERS AMELIA POWERS GARDNER, a registered Utah voter and elected official, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity, <br><br> *Defendant*. | **DECLARATION OF DANIEL WADE** <br><br> Case No. 2:26-cv-00084-RJS-JCB <br><br> Judge Timothy M. Tymkovich <br> Judge Robert J. Shelby <br> Judge Holly L. Teeter <br> Magistrate Judge Jared C. Bennett |

I, Daniel Wade, declare as follows:

1. I am over the age of 18 and have personal knowledge of the following matters.

2. I am the Director of Election Systems in the Lieutenant Governor's Office and have served in that position since January 1, 2026. Prior to my current role, I served in a role supporting the then-Director of Election Systems. As Director, I, together with the Elections

Office staff, assist in the administration of Utah elections as authorized and directed under the Utah Elections Code. *See* Utah Code § 20A-1-101, *et seq.*

3. The 2026 Congressional election is currently set to be administered based on what is known as Map 1, which is the map that the district court judge ordered the Lieutenant Governor to use in *League of Women Voters of Utah v. Utah State Legislature*, No. 220901712 (Utah 3d Dist. Ct. Nov. 10, 2025).

4. To change the map for the administration of the 2026 Congressional election from Map 1 to what is known as the 2021 Map, which is the Congressional map used for the 2022 and 2024 election cycles, would take nine business days, at a minimum.

5. The Lieutenant Governor's elections team would have to notify the Utah Geospatial Resource Center ("UGRC") of the change in maps.

6. The UGRC would then have to reinstate the 2021 Map into their database.

7. To reinstate the 2021 Map, the UGRC would have to reinstate the map used for each of Utah's 29 counties within the larger 2021 Map.

8. Each county's map would then be uploaded into an election management system.

9. Due to file size limitations, the 29 county maps cannot be uploaded at the same time. The uploading time for larger counties can take many hours to complete. In total, this uploading process requires days to complete.

10. Once the maps are uploaded to the election management system, each county will then reassign their precincts to the appropriate Congressional district. This process is manual and involves thousands of precincts statewide.

11. The assignments then must be proofread to ensure that all voters have been moved to the appropriate districts.

12. These tasks will take nine business days, at a minimum.

13. To implement any map other than Map 1 or the 2021 Map by the beginning the Congressional filing period would not be feasible.

14. I declare under penalty of perjury under the laws of the United States of America and Utah that the foregoing is true and correct.

Dated: February 10, 2026

/s/ *Daniel G. Wade*

Daniel Wade