# EXHIBIT A

The Order of the Court is stated below:
Dated: January 06, 2026            /s/  DIANNA GIBSON
       07:22:30 PM                       District Court Judge

|  |  |
|---|---|
| IN THE THIRD JUDICIAL DISTRICT COURT SALT LAKE COUNTY, STATE OF UTAH | |
| LEAGUE OF WOMEN VOTERS OF UTAH, MORMON WOMEN FOR ETHICAL GOVERNMENT, STEFANIE CONDIE, MALCOLM REID, VICTORIA REID, WENDY MARTIN, ELEANOR SUNDWALL, and JACK MARKMAN,<br><br>Plaintiffs,<br><br>v.<br><br>UTAH STATE LEGISLATURE; UTAH LEGISLATIVE REDISTRICTING COMMITTEE; SENATOR SCOTT SANDALL, in his official capacity; REPRESENTATIVE MIKE SCHULTZ, in his official capacity; SENATOR J. STUART ADAMS, in his official capacity; and LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>Defendants. | Certification as Final Judgment Under Rule 54(b)<br><br>Case No.: 220901712<br><br>Honorable Dianna M. Gibson |

## FINAL JUDGMENT

Under Utah Rule of Civil Procedure 54(b), the Court hereby certifies as final its August 25, 2025 Order[1] (Docket 470) and the September 6, 2025 Amended Ruling and Order (Docket 506), to the extent the September 6, 2025 Order modifies the relief granted

---

[1] The August 25, 2025 Order was amended in the September 6, 2025 Amended Ruling and Order. The Court's "final" Order as it pertains to H.B. 2004 (the 2021 Congressional Map) and Proposition 4 requires reading the August 25, 2025 Order and the September 6, 2025 Amended Ruling and Order together. And, to be clear, the Court does not certify Count V–the subject of the August 25, 2025 order–as final. Remedial proceedings for Count V and other pending claims remain ongoing in this Court.

1

in the August 25, 2025 Order, *and* enters judgment in favor of Plaintiffs League of Women Voters of Utah, Mormon Women for Ethical Government, Stefanie Condie, Malcolm Reid, Victoria Reid, Wendy Martin, Eleanor Sundwall, and Jack Markman and against Utah State Legislature, Utah Legislative Redistricting Committee, Senator Scott Sandall in his official capacity, Representative Mike Schultz in his official capacity, Senator J. Stuart Adams in his official capacity, and Lieutenant Governor Deidre Henderson in her official capacity as follows:

    1.    S.B. 200 is DECLARED VOID AB INITIO consistent with this Court's August 25, 2025 Order granting Plaintiffs' motion for summary judgment and denying Legislative Defendants' cross-motion for summary judgment.

    2.    Defendants are PERMANENTLY ENJOINED from using H.B. 2004, the 2021 Congressional Plan, consistent with this Court's August 25, 2025 Order and the September 6, 2025 Amended Ruling and Order.

    3.    Proposition 4 is DECLARED the law on redistricting in Utah, consistent with this Court's August 25, 2025 Order and the September 6, 2025 Amended Ruling and Order.

**END OF JUDGMENT**