**PARR BROWN GEE & LOVELESS**
David C. Reymann (Utah Bar No. 8495)
Cheylynn Hayman (Utah Bar No. 9793)
Kade N. Olsen (Utah Bar No. 17775)
101 South 200 East, Suite 700
Salt Lake City, UT 84111
(801) 532-7840
dreymann@parrbrown.com
chayman@parrbrown.com
kolsen@parrbrown.com

**ZIMMERMAN BOOHER**
Troy L. Booher (Utah Bar No. 9419)
J. Frederic Voros, Jr. (Utah Bar No. 3340)
Caroline Olsen (Utah Bar No. 18070)
341 South Main Street
Salt Lake City, UT 84111
(801) 924-0200
tbooher@zbappeals.com
fvoros@zbappeals.com
colsen@zbappeals.com

**CAMPAIGN LEGAL CENTER**
Mark P. Gaber*
Aseem Mulji**
Benjamin Phillips*
Isaac DeSanto*
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegalcenter.org
amulji@campaignlegalcenter.org
bphillips@campaignlegalcenter.org
idesanto@campaignlegalcenter.org

Annabelle Harless*
55 W. Monroe Street, Ste. 1925
Chicago, IL 60603
aharless@campaignlegalcenter.org

*Attorneys for Proposed Intervenors*

*\* Admitted Pro Hac Vice*
*\*\*Pro Hac Vice Forthcoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMELIA POWERS GARDNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>Defendant.<br><br>LEAGUE OF WOMEN VOTERS OF UTAH, *et al.*,<br><br>Proposed Intervenors. | **MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:26-cv-84-RJS-JCB<br><br>Judge Timothy M. Tymkovich<br>Judge Robert J. Shelby<br>Judge Holly L. Teeter<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 7-1(a)(7), Proposed Intervenors League of Women Voters of Utah, *et al.* (LWV Intervenors) respectfully request leave to file an overlength Opposition to Plaintiffs' Motion for Preliminary Injunction. The Opposition is approximately 36 pages in length.

LWV Intervenors respectfully submit that good cause exists for the additional 11 pages of the Opposition. As a practical matter, given the timing, Plaintiffs seek on a preliminary injunction all the relief to which they would be entitled if they litigated this case to finality and prevailed. Plaintiffs' motion also is premised on fringe theories contrary to binding precedent from the United States Supreme Court, factual assertions irrelevant to their attempts to establish standing, and other contentions that merit a full and complete response. Because the nominal Defendant in this case has taken no position on the motion, it falls to LWV Intervenors to present those arguments to the Court, including responding to the arguments raised by the Utah Legislature in its separate amicus brief.

Given the stakes at issue, the compressed timing for this Court's decision, and the need to get the law right, LWV Intervenors request that leave be granted. A proposed Order is filed concurrently herewith.

RESPECTFULLY SUBMITTED this 12th day of February 2026.

/s/ *David C. Reymann*

**PARR BROWN GEE & LOVELESS**
David C. Reymann
Cheylynn Hayman
Kade N. Olsen

**CAMPAIGN LEGAL CENTER**
Mark P. Gaber
Annabelle Harless
Aseem Mulji
Benjamin Phillips
Isaac DeSanto

**ZIMMERMAN BOOHER**
Troy L. Booher
J. Frederic Voros, Jr.
Caroline Olsen

*Attorneys for Proposed Intervenors*