LEAGUE OF WOMEN VOTERS OF UTAH

vs

UTAH STATE LEGISLATURE

EVIDENTIARY HEARING DAY 2

October 24, 2025



250 E 200 S. Suite 350
Salt Lake City, Utah 84111

Phone 801-328-1188
scheduling@depomaxmerit.com

1    Q.    And as I read your expert report, you
2   know, where you describe the process -- let's see if
3   I can find it.
4         So starting on page -- do you have a copy
5   of your expert report there?
6    A.    Yeah.  Okay.
7    Q.    So starting on page 32 -- and then you
8   kind of step-by-step describe how you got to -- how
9   you got to the end result of Map C, right?
10   A.    Right.
11   Q.    And the first thing you noted, and you
12  mentioned this on direct, was that it was -- the
13  first -- and this is at the bottom of page 32,
14  quote:  "The first problem to resolve was obviously
15  the four-way split of Salt Lake County and the
16  accompanying city splits in the 2021 map."  Is that
17  right?
18   A.    Right.
19   Q.    And you viewed that as a violation of
20  Prop 4's criteria, right?
21   A.    Right.
22   Q.    And you told the legislature that at the
23  September 22nd hearing when they asked about, you
24  know, how the -- how the maps -- the prior maps --
25  the commission maps and their map held up under