**PARR BROWN GEE & LOVELESS**
David C. Reymann (Utah Bar No. 8495)
Cheylynn Hayman (Utah Bar No. 9793)
Kade N. Olsen (Utah Bar No. 17775)
101 South 200 East, Suite 700
Salt Lake City, UT 84111
(801) 532-7840
dreymann@parrbrown.com
chayman@parrbrown.com
kolsen@parrbrown.com

**ZIMMERMAN BOOHER**
Troy L. Booher (Utah Bar No. 9419)
J. Frederic Voros, Jr. (Utah Bar No. 3340)
Caroline Olsen (Utah Bar No. 18070)
341 South Main Street
Salt Lake City, UT 84111
(801) 924-0200
tbooher@zbappeals.com
fvoros@zbappeals.com
colsen@zbappeals.com

**CAMPAIGN LEGAL CENTER**
Mark P. Gaber*
Aseem Mulji**
Benjamin Phillips*
Isaac DeSanto*
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegalcenter.org
amulji@campaignlegalcenter.org
bphillips@campaignlegalcenter.org
idesanto@campaignlegalcenter.org

Annabelle Harless*
55 W. Monroe Street, Ste. 1925
Chicago, IL 60603
aharless@campaignlegalcenter.org

*Attorneys for Proposed Intervenors*

*\* Admitted Pro Hac Vice*
*\*\*Pro Hac Vice Forthcoming*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| AMELIA POWERS GARDNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>Defendant.<br><hr>LEAGUE OF WOMEN VOTERS OF UTAH, *et al.*,<br><br>Proposed Intervenors. | **DECLARATION OF TIMOTHY CHAMBLESS IN SUPPORT OF PROPOSED LWV INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:26-cv-84-RJS-JCB<br><br>Judge Timothy M. Tymkovich<br>Judge Robert J. Shelby<br>Judge Holly L. Teeter<br>Magistrate Judge Jared C. Bennett |

TIMOTHY CHAMBLESS hereby declares as follows:

1. I am over 21 years of age and am in all respects competent to make this declaration. These facts are based on my personal knowledge.

2. I hold a Master's degree and Ph.D from the University of Utah, where my graduate work focused on investigative journalism and political history.

3. Since 1987, I have taught seven different courses for the University of Utah's Department of Political Science. I have also taught five law courses at the University of Utah.

4. I am currently an Associate Professor/Adjunct within the Department of Political Science at the University of Utah and an instructor at the Osher Lifelong Learning Institute at the University of Utah, where I am teaching Current Issues in American Public Affairs and Politics.

5. In addition to teaching political science and related subjects for decades, I have worked for a mayor of Salt Lake City, a governor of Utah, a U.S. Congressman, and a U.S. Senator. I have also participated in more than 30 political campaigns.

6. For more than four decades, I have observed Utah politics, as an intern, city staff member, reporter, Hinkley Institute intern coordinator, political science professor at the University of Utah, and as a concerned citizen. In this capacity, I have significant expertise with political campaigns in Utah, including the caucus system for qualified political parties such as the Utah Republican Party and the Utah Democratic Party.

7. I have been following the underlying state court proceedings involving Proposition 4, the litigation challenging the Utah Legislature's enactment of S.B. 2000 and repeal of Proposition 4, and the state court's implementation of Map 1.

8. I also have been actively following campaigning for congressional district 1 under Map 1 ("CD1"), including the campaigns of Democratic State Senator Kathleen Riebe, former Democratic Congressman Ben McAdams, former Democratic State Senator Derek Kitchen, Democratic State Senator Nate Blouin, and Republican Dave Robinson—all of whom are actively campaigning for the CD1 under Map 1.

9. In my opinion, based on my educational and teaching background and years of involvement in Utah politics, imposing a new map and changing the existing congressional boundaries under which many candidates have been actively campaigning for months—mere weeks before the March 9-13, 2026 candidate filing deadline—would be highly disruptive to ongoing campaign efforts.

10. Since the Utah state court ordered implementation of Map 1, candidates who have announced (or who may yet plan to announce) their candidacy undoubtedly have devoted and expended resources and time and developed campaign strategies in reliance on the existing congressional map ordered by the state court, and on the Lieutenant Governor's agreement that she will implement the court-ordered map.

11. To change the congressional map at this late date would be highly disruptive to candidates and cause confusion for voters.

12. It would also be highly disruptive to the caucus system process. This year, the Democratic and Republican Party caucuses are scheduled to be held on March 17, 2026. In addition to selecting delegates to the county and state conventions, the parties will elect precinct officers at these March 17 neighborhood caucuses.

13. To change the congressional map at this late date would be disruptive to those individuals who desire to be precinct chairs and who have taken steps to elicit support for their elections with party members and neighbors based on existing caucus boundaries.

14. Changing the congressional map also would be disruptive to any congressional campaigns that have engaged with voters and supporters to encourage their attendance and to become delegate and precinct officer candidates based on existing congressional map boundaries.

15. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

EXECUTED this 12th day of February 2026.

/s/ Timothy Chambless
TIMOTHY CHAMBLESS