Victoria S. Ashby (12248)
Christine R. Gilbert (13840)
Alan R. Houston (14206)
OFFICE OF LEGISLATIVE RESEARCH AND
GENERAL COUNSEL
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, UT 84114-5210
(801) 538-1032
vashby@le.utah.gov
cgilbert@le.utah.gov
ahouston@le.utah.gov

Tyler R. Green (10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Counsel for Amicus Utah Legislature*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| AMELIA POWERS GARDNER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>    Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Case No.: 2:26-cv-00084<br><br>Circuit Judge Timothy M. Tymkovich<br>District Judge Robert J. Shelby<br>District Judge Holly L. Teeter<br><br>Magistrate Judge Jared C. Bennett |
| LEAGUE OF WOMEN VOTERS OF UTAH, *et al.*,<br><br>    Proposed Intervenors. | |
| NATIONAL REDISTRICTING FOUNDATION,<br><br>    Proposed Intervenors. | |

Victoria S. Ashby of the Office of Legislative Research and General Counsel hereby notices her appearance as counsel for proposed *amicus curiae* Utah Legislature in the above-captioned action.

Dated this 13th day of February, 2026.

*/s/ Victoria S. Ashby*
Victoria Ashby
Office of Legislative Research and General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, UT 84114-5210
(801) 538-1032
vashby@le.utah.gov

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of February, 2026, I filed the foregoing NOTICE OF APPEARANCE OF COUNSEL via electronic filing, which will serve all counsel of record.

<u>*/s/ Brooke Bolick*</u>
Brooke Bolick
*Senior Legal Research Specialist*
