James K. Rogers (Utah Bar No. 18783)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003
Phone: (202) 964-3721
james.rogers@aflegal.org

*Counsel for Proposed Amicus*
*America First Legal Foundation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| AMELIA POWERS GARDNER, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity, <br> *Defendant*. <br><br>――――――――――― <br><br> LEAGUE OF WOMEN VOTERS OF UTAH, *et al.*, <br> *Proposed Intervenors*. | Case No. 2:26-cv-00084 <br> Circuit Judge Timothy M. Tymkovich <br> District Judge Robert J. Shelby <br> District Judge Holly L. Teeter <br><br> Magistrate Judge Jared C. Bennett |

**AMERICA FIRST LEGAL FOUNDATION'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1

## INTRODUCTION

America First Legal Foundation respectfully moves for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for a preliminary injunction. Counsel for Plaintiffs and for Defendant have consented to the filing of this brief. No counsel for any party authored the brief in whole or in part, and no entity or person aside from *amici*, their members, or their counsel, made any monetary contribution intended to fund the preparation or submission of this brief.

## INTEREST OF *AMICUS*

America First Legal Foundation ("AFL") is a nonprofit organization dedicated to promoting the rule of law in the United States and defending individual rights guaranteed under the Constitution. AFL routinely participates in cases regarding the Elections Clause and 2 U.S.C. § 2a(c). *See, e.g.*, Brief for America First Legal Foundation as Amicus Curiae in Support of Petitioners, *Moore v. Harper*, 2022 WL 4117469 (No. 21-1271). AFL has a substantial interest in this case because the state judiciary has been flouting the Elections Clause and 2 U.S.C. § 2a(c) by involving itself in a congressional redistricting dispute.

## ARGUMENT

"Courts typically grant amicus status" when a brief is timely and will "contribute to the court's understanding of the matter in question." *Ga. Aquarium v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015) (quoting *Conservancy of Sw. Fla. v. U.S. Fish and Wildlife Serv.*, No. 2:10–cv–106, 2010 WL 3603276 at *1 (M.D. Fla. Sept. 9, 2010)) (internal quotations omitted); *see also Friends of Animals v. United*

*States Fish & Wildlife Serv.*, No. 4:18-CV-00053-DN-PK, 2021 WL 4440347, at *3 (D. Utah Sept. 28, 2021) (denying motion for leave to file amicus brief because the brief "will not be useful in determining the issues raised in Plaintiff's complaint.").

AFL's memorandum is timely. "The amicus must file the motion for leave and amicus memorandum no later than 14 days after the moving party files its motion." DUCivR 7-6(e). AFL filed this motion and the attached memorandum on February 13, 2026—less than 14 days after Plaintiffs moved for a preliminary injunction.

AFL's memorandum is useful. *See* DUCivR 7-6(b)(1)(B). AFL has participated in multiple redistricting matters involving the laws at issue in this case. The attached memorandum offers unique and helpful analysis of the Elections Clause and 2 U.S.C. § 2a(c), the federal statute governing the appropriate remedy if this Court enjoins the use of Map 1.

This Court's local rules establish additional requirements for filing *amicus curiae* briefs. *See* DUCivR 7-6. AFL's proposed brief satisfies the criteria.

## CONCLUSION

Because the brief is "timely and useful," *Ga. Aquarium v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015), and Plaintiffs and Defendants do not oppose the motion for leave to file this brief, the Court should grant the motion and accept the proposed brief, which is attached as **Exhibit A**.

Dated: February 13, 2026

Respectfully submitted,

*/s/ James Rogers*
James K. Rogers (Utah Bar No. 18783)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003
Phone: (202) 964-3721
james.rogers@aflegal.org

*Counsel for Proposed Amicus*
*America First Legal Foundation*