**PARR BROWN GEE & LOVELESS**
David C. Reymann (Utah Bar No. 8495)
Cheylynn Hayman (Utah Bar No. 9793)
Kade N. Olsen (Utah Bar No. 17775)
101 South 200 East, Suite 700
Salt Lake City, UT 84111
(801) 532-7840
dreymann@parrbrown.com
chayman@parrbrown.com
kolsen@parrbrown.com

**ZIMMERMAN BOOHER**
Troy L. Booher (Utah Bar No. 9419)
J. Frederic Voros, Jr. (Utah Bar No. 3340)
Caroline Olsen (Utah Bar No. 18070)
341 South Main Street
Salt Lake City, UT 84111
(801) 924-0200
tbooher@zbappeals.com
fvoros@zbappeals.com
colsen@zbappeals.com

**CAMPAIGN LEGAL CENTER**
Mark P. Gaber*
Aseem Mulji**
Benjamin Phillips*
Isaac DeSanto*
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegalcenter.org
amulji@campaignlegalcenter.org
bphillips@campaignlegalcenter.org
idesanto@campaignlegalcenter.org

Annabelle Harless*
55 W. Monroe Street, Ste. 1925
Chicago, IL 60603
aharless@campaignlegalcenter.org

*Attorneys for Proposed Intervenors*

*\* Admitted Pro Hac Vice*
*\*\*Pro Hac Vice Pending*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| AMELIA POWERS GARDNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>Defendant.<br><br>────────────────────<br><br>LEAGUE OF WOMEN VOTERS OF UTAH, *et al.*,<br><br>Proposed Intervenors. | **MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 2:26-cv-84-RJS-JCB<br><br>Judge Timothy M. Tymkovich<br>Judge Robert J. Shelby<br>Judge Holly L. Teeter<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 7-1(a)(7), Proposed Intervenors League of Women Voters of Utah, *et al.* (LWV Intervenors) respectfully request leave to file an overlength Reply in Support of Motion to Dismiss. The Reply is 15 pages in length.

LWV Intervenors respectfully submit that good cause exists for the additional 5 pages of the Reply. Plaintiffs' opposition to the Motion to Dismiss was overlength at 40 pages, and the small additional length of the Reply is necessary to fully respond to those arguments. A proposed Order is filed concurrently herewith.

RESPECTFULLY SUBMITTED this 16th day of February 2026.

/s/ *David C. Reymann*

**PARR BROWN GEE & LOVELESS**
David C. Reymann
Cheylynn Hayman
Kade N. Olsen

**CAMPAIGN LEGAL CENTER**
Mark P. Gaber
Annabelle Harless
Aseem Mulji
Benjamin Phillips
Isaac DeSanto

**ZIMMERMAN BOOHER**
Troy L. Booher
J. Frederic Voros, Jr.
Caroline Olsen

*Attorneys for Proposed Intervenors*