# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| COMMISSIONER AMELIA POWERS GARDNER, a registered Utah voter and elected official, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLONG OPPOSITION TO FIRST ATTEMPTED INTERVENORS' MOTION TO DISMISS**<br><br>Case No. 2:26-cv-00084-RJS-JCB<br><br>Circuit Judge Timothy M. Tymkovich<br>District Judge Robert J. Shelby<br>District Judge Holly L. Teeter<br><br>Magistrate Judge Jared C. Bennett |

Before the Court is Plaintiffs' Motion for Leave to File Overlong Opposition to First Attempted Intervenors' Motion to Dismiss, consisting of approximately 10,280 words.

The Court having considered the Motion and for good cause appearing, hereby GRANTS the motion.[1] Plaintiffs are granted leave to file the overlong opposition.

DATED this 16th day of February 2026.

BY THE COURT:

_____
Hon. Robert J. Shelby
United States District Judge

---

[1] Dkt. 66.