Christina M. Jepson (USB 07301)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Phone: (801) 532-1234
Fax: (801) 536-6111
cjepson@parsonsbehle.com

Mitchell D. Lange (*Pro Hac Vice Forthcoming*)
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID  83702
Phone: (208) 576-3214
Fax: (208) 562-4901
mlange@parsonsbehle.com

*Attorneys for Ben McAdams*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMELIA POWERS GARDNER, et. al, <br><br> Plaintiffs, <br><br> vs. <br><br> LIEUTENANT GOVERNOR DIEDRE HENDERSON, in her official capacity, <br><br> Defendant. <br><br> _____ <br><br> LEAGUE OF WOMEN VOTERS OF UTAH, *et. al.*, <br><br> Proposed intervenors. | Case No. 2:26-cv-84-RJS-JCB <br><br> **LEE DAVIDSON'S DECLARATION IN SUPPORT OF AMICUS BRIEF OF BEN MCADAMS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge Timothy M. Tymkovich <br> Judge Robert J. Shelby <br> Judge Holly L. Teeter <br> Magistrate Judge Jared C. Bennett |

I, Lee Davidson, under penalty of perjury, hereby testify and declare as follows:

1. I am over 18 years old and a resident of Salt Lake County, Utah. I reside within the First Congressional District as defined by the court-ordered congressional map issued on November 10, 2025 ("Map 1").

2. I am a retired journalist. During my career, I served as a Washington, D.C. correspondent for a Utah newspaper. I currently serve as a Democratic Party delegate and intend to serve as a delegate during the 2026 election cycle within Utah's First Congressional District ("CD1") as defined by Map 1.

3. After the State Court issued its order establishing the current district boundaries, I began engaging in the 2026 election process under those boundaries.

4. On November 14, 2025, I made a $50 financial contribution to Ben McAdams' campaign in support of his candidacy to represent CD1 as established by Map 1.

5. Following the issuance of the new district boundaries, I attended a campaign event held within the district and engaged with other voters who understood that Ben McAdams was running to represent the district as defined by Map 1. During the event, Ben McAdams told voters that he was running for CD1 as defined by Map 1.

6. I also signed a ballot qualification petition supporting Ben McAdams' candidacy under those same district boundaries.

7. I went door-to-door in my neighborhood to gather signatures from fellow residents. In doing so, I spoke with neighbors and told them that Ben McAdams was running in CD1 as defined by Map 1.

8. As a delegate and resident of the district, my political participation and engagement in this election cycle have proceeded with the understanding that the district boundaries within Map 1 govern the 2026 election.

9. Changing the district boundaries at this stage would create confusion among voters and delegates who have already participated in the electoral process under the current district lines, including those from whom I collected signatures.

I declare under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct.

DATED this 17th day of February, 2026.

Signed by:

*L Davidson*

31C85C6ED267499...

Lee Davidson

4896-6716-6608.v3