Christina M. Jepson (USB 07301)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Phone: (801) 532-1234
Fax: (801) 536-6111
cjepson@parsonsbehle.com

Mitchell D. Lange (*Pro Hac Vice Forthcoming*)
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702
Phone: (208) 576-3214
Fax: (208) 562-4901
mlange@parsonsbehle.com

*Attorneys for Ben McAdams*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| AMELIA POWERS GARDNER, et. al,<br><br>  Plaintiffs,<br><br>vs.<br><br>LIEUTENANT GOVERNOR DIEDRE HENDERSON, in her official capacity,<br><br>  Defendant.<br><br>---<br><br>LEAGUE OF WOMEN VOTERS OF UTAH, *et. al.*,<br><br>  Proposed intervenors. | Case No. 2:26-cv-84-RJS-JCB<br><br>**KAREN CROMPTON'S DECLARATION IN SUPPORT OF AMICUS BRIEF OF BEN MCADAMS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge Timothy M. Tymkovich<br>Judge Robert J. Shelby<br>Judge Holly L. Teeter<br>Magistrate Judge Jared C. Bennett |

I, Karen Crompton, under penalty of perjury, hereby testify and declare as follows:

4896-8328-8464.v4

1. I am over 18 years old and a resident of Salt Lake County, Utah. I reside within the First Congressional District ("CD1") as defined by the court-ordered congressional map issued on November 10, 2025 ("Map 1").

2. After the State Court issued its order establishing the current district boundaries, I began engaging in the 2026 election process under the boundaries designated by Map 1.

3. On November 13, 2025, I began making monthly recurring financial contributions of $25 to Ben McAdams' campaign for the United States House of Representatives in CD1. I continue to make those recurring contributions and do so in support of his candidacy to represent CD1 as established by Map 1.

4. Following the State Court's issuance of the new district boundaries, I hosted a lunch meeting to introduce Ben McAdams to other voters residing within CD1. Ben and I both told those in attendance that he was running for CD1. So, the voters who attended the lunch meeting understood that he was running to represent the district as defined by Map 1.

5. Beginning in January 2026, I volunteered to assist with signature gathering for Ben McAdams' ballot qualification. In that role, I collected signatures from friends, neighbors, and other community members who understood that Mr. McAdams was running in CD1 as defined by Map 1. I collected signatures for Ben McAdams' campaign because he was running in CD1 as defined by Map 1.

6. I personally signed a ballot qualification petition supporting Ben McAdams' candidacy under those district boundaries.

7.  In making recurring financial contributions, hosting a meet-and-greet, signing the petition, and gathering signatures from others, I relied on the understanding that the court-ordered district boundaries govern the 2026 election cycle.

8.  Changing the district boundaries at this stage would cause confusion among voters and volunteers who have already participated in the electoral process under the current district lines, including those who attended the meet-and-greet and those from whom I collected signatures.

I declare under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct.

DATED this 17th day of February, 2026.

Signed by:

*K Crompton*

EDF2AC65DF984ED...

Karen Crompton

4896-8328-8464.v4