Christina M. Jepson (USB 07301)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Phone: (801) 532-1234
Fax: (801) 536-6111
cjepson@parsonsbehle.com

Mitchell D. Lange (*Pro Hac Vice Forthcoming*)
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID  83702
Phone: (208) 576-3214
Fax: (208) 562-4901
mlange@parsonsbehle.com

*Attorneys for Ben McAdams*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMELIA POWERS GARDNER, et. al, <br><br> Plaintiffs, <br><br> vs. <br><br> LIEUTENANT GOVERNOR DIEDRE HENDERSON, in her official capacity, <br><br> Defendant. | Case No. 2:26-cv-84-RJS-JCB <br><br> **PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE MEMORANDUM** <br><br> Judge Timothy M. Tymkovich <br> Judge Robert J. Shelby <br> Judge Holly L. Teeter <br> Magistrate Judge Jared C. Bennett |
| LEAGUE OF WOMEN VOTERS OF UTAH, *et. al.*, <br><br> Proposed Intervenors. | |

Before the Court is Ben McAdams's motion for leave to file an Amicus Curiae memorandum in opposition to Plaintiffs' motion for preliminary injunction (ECF No. 19). Upon consideration of Ben McAdams's motion, it is hereby:

4924-5336-4112.v2

      **ORDERED** that the Motion for Leave to File an *Amicus Curiae* memorandum in opposition to Plaintiffs' motion for preliminary injunction **is GRANTED.**

DATED this \_\_\_\_ day of February, 2026

                                                    BY THE COURT:

                                                    _____
                                                    Honorable Jared C. Bennet
                                                    United States Magistrate Judge