# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMELIA POWERS GARDNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>Defendant.<br><br>―――――――――――――――――――<br><br>LEAGUE OF WOMEN VOTERS OF UTAH, *et al.*,<br><br>Proposed Intervenors. | **ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 2:26-cv-84-RJS-JCB<br><br>Judge Timothy M. Tymkovich<br>Judge Robert J. Shelby<br>Judge Holly L. Teeter<br>Magistrate Judge Jared C. Bennett |

This matter came before the Court on the Motion of Proposed Intervenors League of Women Voters of Utah, *et al.* (LWV Intervenors) for leave to file an overlength Reply in Support of Motion to Dismiss of approximately 15 pages in length.

The Court, having considered the Motion and good cause appearing, hereby GRANTS the Motion.[1]  LWV Intervenors are given the leave requested.

DATED 16th day of February 2026.

BY THE COURT:

_____
Hon. Robert J. Shelby
United States District Judge

---

[1] Dkt. 69.