| | |
|---|---|
| **PARR BROWN GEE & LOVELESS**<br>David C. Reymann (Utah Bar No. 8495)<br>Cheylynn Hayman (Utah Bar No. 9793)<br>Kade N. Olsen (Utah Bar No. 17775)<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br>(801) 532-7840<br>dreymann@parrbrown.com<br>chayman@parrbrown.com<br>kolsen@parrbrown.com | **CAMPAIGN LEGAL CENTER**<br>Mark P. Gaber*<br>Aseem Mulji*<br>Benjamin Phillips*<br>Isaac DeSanto*<br>1101 14th Street NW, Ste. 400<br>Washington, DC 20005<br>(202) 736-2200<br>mgaber@campaignlegalcenter.org<br>amulji@campaignlegalcenter.org<br>bphillips@campaignlegalcenter.org<br>idesanto@campaignlegalcenter.org |
| **ZIMMERMAN BOOHER**<br>Troy L. Booher (Utah Bar No. 9419)<br>J. Frederic Voros, Jr. (Utah Bar No. 3340)<br>Caroline Olsen (Utah Bar No. 18070)<br>341 South Main Street<br>Salt Lake City, UT 84111<br>(801) 924-0200<br>tbooher@zbappeals.com<br>fvoros@zbappeals.com<br>colsen@zbappeals.com | Annabelle Harless*<br>55 W. Monroe Street, Ste. 1925<br>Chicago, IL 60603<br>aharless@campaignlegalcenter.org<br><br>*Attorneys for Intervenors*<br><br>*\* Admitted Pro Hac Vice* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMELIA POWERS GARDNER, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>           Defendant.<br>_____<br><br>LEAGUE OF WOMEN VOTERS OF UTAH, *et al.*,<br><br>           Intervenors. | **LWV INTERVENORS' NOTICE OF UTAH SUPREME COURT DECISION**<br><br>Case No. 2:26-cv-84-RJS-JCB<br><br>Judge Timothy M. Tymkovich<br>Judge Robert J. Shelby<br>Judge Holly L. Teeter<br>Magistrate Judge Jared C. Bennett |

LWV Intervenors submit the attached decision issued today by the Utah Supreme Court. In it, the court dismisses the Legislative Defendants' appeal for lack of appellate jurisdiction, holding that the appeal is impermissible under Rule 54(b). The court also recounts the proceedings in the state court, noting that despite having a statutory right to an interlocutory appeal to the Utah Supreme Court within 30 days of both (1) the state district court's August 2025 order permanently enjoining S.B. 200 and H.B. 2004 (the 2021 Map) and (2) the state district court's November 2025 order preliminarily enjoining S.B. 1011 and Map C and imposing Map 1 as the remedial map, the Legislature filed no such appeal.

Because Legislative Defendants failed to timely appeal when they possessed the right to do so, and because Rule 54(b) is inapplicable in the posture of the case, Legislative Defendants' appeal was dismissed.

RESPECTFULLY SUBMITTED this 20th day of February 2026.

/s/ *David C. Reymann*
**PARR BROWN GEE & LOVELESS**
David C. Reymann
Cheylynn Hayman
Kade N. Olsen

**CAMPAIGN LEGAL CENTER**
Mark P. Gaber
Annabelle Harless
Aseem Mulji
Benjamin Phillips
Isaac DeSanto

**ZIMMERMAN BOOHER**
Troy L. Booher
J. Frederic Voros, Jr.
Caroline Olsen

*Attorneys for Intervenors*