Gene C. Schaerr (*pro hac vice*)
D.C. Bar No. 416368
Justin A. Miller (*pro hac vice*)
D.C. Bar No. 90022870
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

James C. Phillips (17302)
Tyler B. Lindley (18635)
SCHAERR | JAFFE LLP
299 S. Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 918-5529
jphillips@schaerr-jaffe.com
tlindley@schaerr-jaffe.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| COMMISSIONER AMELIA POWERS GARDNER, a registered Utah voter and elected official, et al.,<br><br>Plaintiffs,<br>v.<br><br>LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,<br><br>Defendant. | **PLAINTIFFS' RESPONSE TO INTERVENORS' NOTICE [DOC. 96] AND NOTICE OF CORRECTION OF STATEMENT MADE DURING FEBRUARY 18, 2026 HEARING**<br><br>Case No. 2:26-cv-00084-RJS-JCB<br><br>Circuit Judge Timothy M. Tymkovich<br>District Judge Robert J. Shelby<br>District Judge Holly L. Teeter<br><br>Magistrate Judge Jared C. Bennett |

Plaintiffs file this response to LWV Intervenors' Notice (Doc. 96) and to advise the Court of two events that have occurred since the February 18, 2026 hearing.

First, as the Panel is aware, late yesterday Intervenors filed a Notice with the Court that the Utah Supreme Court rejected the Legislature's appeal of Judge Gibson's January 6, 2026 order on jurisdictional grounds. *See* Doc. 96. The opinion does not address any of the substantive issues with the state-court injunction raised by Plaintiffs in this case. Given that the almost four-year-old state litigation will now continue for some indefinite period—a period that will stretch long beyond the Lieutenant Governor's deadline, the start of the candidate filing period, and even the November elections—there is no reason for this Court to stay its hand.

Second, yesterday afternoon Plaintiffs received the transcript of the February 18, 2026 hearing. In it, Plaintiffs note that Intervenors-Defendants claimed that Map C had repealed and replaced the 2021 map in the Utah Code. *See* Hr'g Tr. at 62–63 (Feb. 18, 2026) (Ex. A). This is, at best, a half-truth. Plaintiffs briefly correct that statement here.

The 2021 map was conditionally replaced by an amendment to the Utah Code, which the Legislature made under duress in the wake of Judge Gibson's August 2025 ruling. That amendment declares that the 2021 map is the operative map in the state, unless two conditions are met: the map is enjoined and Proposition 4 is given legal effect. *See* Utah Code § 20A-13-101.1(2)(b)(ii)(A), (B). Only then does Map C kick in.

The replacement, then, is only conditional and need not be permanent. And, contrary to Intervenors' suggestion, the 2021 map is still in the Utah Code.

If this Court held that enjoining the 2021 map violated the Elections Clause under *Moore v. Harper*, 600 U.S. 1 (2023), then the 2021 map would be the operative map in Utah's Code. Likewise, if this Court held that the 2021 map was the map Utah was required to use for the 2026 election because there was no time for the Legislature to draft another and some map had to be used, then so requiring would supersede the state court injunction under the Supremacy Clause. *See Gonidakis v. LaRose*, 599 F. Supp. 3d 642, 670–78 (S.D. Ohio 2022) (three-judge panel) (rejecting a map provided by an advocacy organization and requiring the use of a legislatively-drawn map that had been enjoined by the Ohio Supreme Court for reasons of time and democratic accountability for the upcoming midterm election). And, with the state-court injunction without effect, the 2021 map would be the operative one in Utah Code.

February 21, 2026                                    Respectfully submitted,

/s/ *Gene C. Schaerr*
GENE C. SCHAERR*
D.C. Bar No. 416368
JAMES C. PHILLIPS (17302)
JUSTIN A. MILLER (*pro hac vice*)
D.C. Bar. No. 90022870
TYLER B. LINDLEY (18635)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2026, the foregoing motion was filed with the Clerk of the Court by this CM/ECF filing system, which will cause all counsel of record to be served electronically.

Dated: February 21, 2026  /s/ *Gene C. Schaerr*
Gene C. Schaerr (*pro hac vice*)
D.C. Bar No. 416368

*Counsel for Plaintiffs*