Derek Brown
Utah Attorney General
David N. Wolf (6688)
Lance Sorenson (10684)
Anikka Hoidal (16489)
Assistant Attorneys General
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
lancesorenson@agutah.gov
ahoidal@agutah.gov

Attorneys for Defendant Lt. Governor Henderson

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| COMMISSIONERS AMELIA POWERS GARDNER, a registered Utah voter and elected official, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity, <br><br> *Defendant*. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Case No. 2:26-cv-00084-RJS-JCB <br><br> Circuit Judge Timothy M. Tymkovich <br> District Judge Robert J. Shelby <br> District Judge Holly L. Teeter <br><br> Magistrate Judge Jared C. Bennett |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule DUCivR 7-1(a)(5),

Defendant Lieutenant Governor Deidre Henderson and Plaintiffs Commissioners Amelia Powers

Gardner, Greg Miles, Clint Painter, Victor Iverson, Lori Maughan, Tammy Pearson, and Adam

Snow; Mayor Jimmie Hughes; Sheriffs Tracy Glover, Chad Jensen, and Mike Smith; and

Representatives Celeste Maloy and Burgess Owens (collectively, the "Parties"), stipulate and jointly move the Court to extend the deadline by which Lieutenant Governor Henderson must file a response to Plaintiffs' Complaint (ECF No. 1). The parties request that the Court extend the current deadline from April 6, 2026 until May 1, 2026.

Good cause exists for this request due to the schedules and workload of counsel, among other things. The Parties agree that by entering into this stipulation, Lieutenant Governor Henderson does not waive any defenses or objections to the claims asserted in this lawsuit. Therefore, the Parties respectfully request that the Court enter the proposed order submitted herewith.

Respectfully submitted on April 2, 2026

Derek Brown
Utah Attorney General

/s/Anikka Hoidal
Anikka Hoidal
David N. Wolf
Lance Sorenson
Assistant Attorneys General

Attorneys for Defendant Lt. Gov. Henderson

Schaerr Jaffe LLP

/s/ James C. Phillips*
* Signed with permission granted via email
Gene C. Schaerr
James C. Phillips
Tyler B. Lindley
Justin A. Miller

Attorneys for Plaintiffs

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 2, 2026, I served the foregoing, *Stipulated Motion for*

*Extension of Time to Respond to Complaint,* using the Court's electronic filing system, which

gave notice to the following:


Tyler Lindley
SCHAERR JAFFE LLP
299 S MAIN ST STE 1300
SALT LAKE CITY, UT 84111
202-787-1060
Fax: 202-776-0136
Email: tlindley@schaerr-jaffe.com

James Cleith Phillips
SCHAERR JAFFE
1717 K ST NW STE 900
WASHINGTON, DC 20006
202-787-1060
Email: jphillips@schaerr-jaffe.com


*/s/ Mariann Christesen*
Mariann Christesen
Legal Assistant
