## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **COMMISSIONERS AMELIA POWERS GARDNER, GREG MILES, CLINT PAINTER, VICTOR IVERSON, LORI MAUGHAN, TAMMY PEARSON, and ADAM SNOW, each a registered Utah voter and elected official; et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity,**<br><br>**Defendant.** | **ORDER**<br><br><br>**Case No. 2:26-cv-00084-RJS-JCB**<br><br><br><br>**Circuit Judge Timothy M. Tymkovich**<br>**District Judge Robert J. Shelby**<br>**District Judge Holly L. Teeter**<br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is the parties' stipulated motion for an extension of the deadline for Defendant to respond to the complaint.[1] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that Defendant's deadline to respond to the complaint is extended to June 26, 2026.

SO ORDERED this 1st day of May 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 108.