Gene C. Schaerr (*pro hac vice*)
D.C. Bar No. 416368
Justin A. Miller (*pro hac vice*)
D.C. Bar No. 90022870
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

James C. Phillips (17302)
Tyler B. Lindley (18635)
SCHAERR | JAFFE LLP
299 S. Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 918-5529
jphillips@schaerr-jaffe.com
tlindley@schaerr-jaffe.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| COMMISSIONER AMELIA POWERS GARDNER, a registered Utah voter and elected official, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity, <br><br> Defendant. | **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** <br><br> Case No. 2:26-cv-00084-RJS-JCB <br><br> Circuit Judge Timothy M. Tymkovich <br> District Judge Robert J. Shelby <br> District Judge Holly L. Teeter <br><br> Magistrate Judge Jared C. Bennett |

In response to this Court's June 26, 2026 Order to Show Cause (Doc. 113), Plaintiffs respectfully inform the Court that a Notice of Voluntary Dismissal has been filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See* Doc. 114.

July 7, 2026

Respectfully submitted,

SCHAERR | JAFFE LLP

*/s/ Gene C. Schaerr*
Gene C. Schaerr (*pro hac vice*)
D.C. Bar No. 416368
James C. Phillips (17302)
Justin A. Miller (*pro hac vice*)
D.C. Bar. No. 90022870
Tyler B. Lindley (18635)

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, the foregoing Response to Order to Show Cause was filed with the Clerk of the Court by this CM/ECF filing system, which will cause all counsel of record to be served electronically.

Dated: July 7, 2026

/s/ *Gene C. Schaerr*
Gene C. Schaerr (*pro hac vice*)
D.C. Bar No. 416368

*Counsel for Plaintiffs*