IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COMMISSIONERS AMELIA POWERS GARDNER, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LIEUTENANT GOVERNOR DEIDRE HENDERSON, in her official capacity, <br><br> Defendant. | **NOTICE FROM THE COURT** <br><br> Case No. 2:26-cv-00084-RJS-JCB <br><br> Circuit Judge Timothy M. Tymkovich <br> District Judge Robert J. Shelby <br> District Judge Holly L. Teeter <br><br> Magistrate Judge Jared C. Bennett |

On July 7, 2026, Plaintiffs filed a Notice of Voluntary Dismissal.[1]  Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal is self-effectuating.  The case is dismissed without prejudice with no fees, costs, or expenses awarded as to any party.  No order will follow.  The clerk of court is directed to close the case.

SO ORDERED this 8th day of July 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 114, *Plaintiffs' Notice of Voluntary Dismissal*.